# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDY S. MITCHELL,**

      **Plaintiff,**

**v.**                                                             **Case No:   6:15-cv-1703-Orl-22DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for review of the final decision of the Commissioner of Social Security denying Plaintiff's applications for disability benefits.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 10, 2017 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner is hereby AFFIRMED.

3. The Clerk is directed to enter judgment in favor of the Commissioner and against the Claimant.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2017.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties